IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 — CV — 01698-REB-CBS

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2010 JUL 19 AM 9: 55
GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

DARRYL J. JEFFERSON,

    Plaintiff,

v.

Metropolitan Homes

    Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff, Darryl J. Jefferson, files his complaint against the defendant Metropolitan Homes and states as follows:

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C §§1331 and 1343; 42 U. S.C. § 2000e, et seq.; 42 U.S.C.& 1981; and 42 U.S.C. & 1983.

2. Venue is proper in this Court Pursuant to 42 U.S.C.& 2000e-5(f)(3) and 28 U.S.C § 1391(b). The discriminatory practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Colorado, and the defendant reside in this same district.

3. I filed complaints with Metropolitan Homes and charges with the Colorado Civil Rights Division under Title VII.

### PARTIES

1. I, Darryl J. Jefferson am a lawful citizen of the United States resides at 1755 South Beeler Street, Unit 4C, in Denver, Colorado 80247.

2. Metropolitan Homes is located at 10111 Inverness Main Street, Suite N, in the city of Englewood and state of Colorado.

## GENERAL ALLEGATIONS

1. I leased an apartment with The Flats at Whisper Sky on October 23, 2009.
2. Since on or about December 3, 2009, I have been subjected to a hostile living environment. The management and staff at The Flats at Whisper Sky have initiated and participated in harassment and discriminatory activities that has included admittedly spreading animal feces' and debris on my rental unit patio.
3. They have placed tow notices on my vehicle after the management team directed me to park my vehicle in the designated parking locations. I filed a complaint with The Flats at Whisper Sky management and I was retaliated against by the management team.
4. They denied me access to facilities that were defined for public use by all tenants.
5. Pet food was repeatedly placed on my patio.
6. I was not given a tangible reason for the actions taken against me or the inaction by Metropolitan Homes in addressing my claims of discrimination and harassment.
7. When harassment by Metropolitan Homes staff continued, I filed additional complaints with Metropolitan Homes and nothing was done to stop the discriminatory behavior.
8. I have been subjected to unequal terms and conditions of occupancy for having complained about discriminatory treatment.

All of the items contained within this document indicate Metropolitan Homes acted in a manner that was racially biased in motive or intent against me as an African American. Metropolitan Homes conduct was reckless or callous and indifferent to my, Darryl J. Jefferson's, rights which are protected by federal law.

### CLAIM FOR RELIEF
(Disparate treatment race discrimination –Title VII)

1. I, Darryl J. Jefferson, am African-American and a member of a protected class under Title VII.

2. My race was a factor in denying me equal treatment by Metropolitan Homes.

3. I, Darryl J. Jefferson, complained of discrimination on the basis of race with respect to the discriminatory failure to provide information on processes and procedures while a tenant by Metropolitan Homes (The Flats at Whisper Sky).

4. The actions and practices described within this document by Metropolitan Homes and their staff was intentional.

5. As a result of Metropolitan Homes actions or inactions, I, Darryl J. Jefferson suffered injuries which include injury to reputation, emotional distress, pain and suffering, humiliation, and degradation.

### SECOND CLAIM FOR RELIEF
(Disparate treatment race discrimination –Title VII)
(Retaliation)

1. I, Darryl J. Jefferson, am African-American and a member of a protected class under Title VII.

2. **I made written complaints of discrimination based upon race to Metropolitan Homes.** While complaining of racial discrimination, I was involved in an activity that is protected under Title VII.

3. Metropolitan Homes retaliated against me for engaging in activity protected under Title VII.

4. Metropolitan Homes retaliation against me, Darryl J. Jefferson, was intentional.

5. The retaliation was in the form of intimidation and harassment.

6. As a result of Metropolitan Homes actions and conduct, I, Darryl J. Jefferson, suffered injuries including injury to reputation; emotional distress, pain and suffering, **degradation, and humiliation.**

7. I, Darryl J. Jefferson, am entitled to compensatory damages and other costs of this action to be paid by Metropolitan Homes.

### THRID CLAIM FOR RELIEF
(Disparate treatment race discrimination-Title VII)
(Equal Protection)

1. I, Darryl J. Jefferson, am African-American and am entitled to the full and equal benefit of all laws and proceedings as is enjoyed by white Americans.

2. **I, Darryl J. Jefferson, complained of discrimination on the basis of race while a tenant in a home managed by Metropolitan Homes.**

3. In complaining of race discrimination, I, Darryl J. Jefferson, was engaging in an activity protected under the law.

4. Metropolitan Homes retaliated against me for engaging in an activity protected under federal law.

5. Metropolitan Homes and its staff intentionally carried out the practices listed within this document. Further, I was deprived of the rights afforded and enjoyed by white Americans and protected by the law.

6. Metropolitan Homes engaged in retaliation against me and the defendant deprived me of my right under the Equal Protection Clause of the United States Constitution and laws of the United States to be free from race discrimination in housing.

7. As a result of Metropolitan Homes conduct, I, Darryl J. Jefferson suffered injuries which include injury to reputation, emotional distress, pain and suffering, humiliation, and degradation.

8. I am entitled to compensatory and exemplary damages, reasonable attorney's fees, and other costs of this action to be paid by Metropolitan Homes.

## REQUEST FOR RELIEF

I, Darryl J. Jefferson, asks for judgment in my favor and against the defendant and/or each of them as may be appropriate for all relief available on each of my, Darryl J. Jefferson, claims, including, the following:

a. Compensatory damages, including, without limitation, injury to reputation; emotional distress, pain and suffering, degradation, and humiliation, and other economic losses, in an amount to be determines at trial;

b. Exemplary damages, in an amount to be determined at trial;

c. Interest to the extent permitted by law;

d.  Cost; and such and further relief to which I may be entitled.

e.  PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.

DATED this ___ day of July 2010.

By: _____

Address of Plaintiff:
1755 South Beeler Street, Unit 4C
Denver, CO 80247