IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01698-REB-CBS

DARRYL J. JEFFERSON,

    Plaintiff,

v.

METROPOLITAN HOMES,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Motion To Dismiss With Prejudice** [#11] filed October 25, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss With Prejudice** [#11] filed October 25, 2010, is **GRANTED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 26, 2010, at Denver, Colorado.

    BY THE COURT:

    *Bob Blackburn*
    Robert E. Blackburn
    United States District Judge